UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MICHAEL CAYLOR, | No. 2:22-cv-01896-DJC-CKD |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| P. COVELLO, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. This matter was stayed on September 6, 2023, to allow petitioner to exhaust state court remedies with respect to certain claims. ECF No. 20.

A review of the docket indicates that petitioner has not filed any status reports which were required by the same September 6, 2023, order. Although petitioner filed a first amended § 2254 petition that deleted claims three and four to comply with the <u>Kelly</u> stay that was granted by the court, he has not complied with the requirement to file status reports every 90 days. Therefore, the court will order petitioner to show cause in writing by April 15, 2024, why the stay of this case should not be lifted. Petitioner is further directed to indicate what steps he has taken to exhaust his state court remedies with respect to his claims based on the trial court's evidentiary rulings and ineffective assistance of counsel.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is ordered to show cause in writing by April 15, 2024, why the stay of this action should not be lifted and a response to the first amended § 2254 petition be ordered.

2. Petitioner is further directed to indicate what steps he has taken to exhaust his state court remedies with respect to his claims based on the trial court's evidentiary rulings and ineffective assistance of counsel.

3. The failure to respond to this order within the time provided will result in the court lifting the stay of this case and ordering respondent to file an answer to the first amended § 2254 petition containing two claims for relief.

Dated: March 14, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/cayl1896.osc.lift.stay