UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MICHAEL CAYLOR,<br><br>Petitioner,<br><br>v.<br><br>P. COVELLO,<br><br>Respondent. | No. 2:22-cv-01896-DJC-CKD<br><br><br><br>ORDER |

Petitioner is a state inmate proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. Currently pending before the court are respondent's motion to lodge confidential documents on the public docket, ECF No. 26, and an alternative request to seal these same confidential documents. ECF No. 27.

Both of respondent's motions concern the same 55 pages of transcripts from the state trial court proceedings that were ordered sealed by the Sacramento County Superior Court. Respondent has complied with Local Rule 141(b) and submitted these documents to the undersigned for review as part of the request to seal.

Having reviewed the records, the court agrees with respondent that the transcripts are relevant to petitioner's pending claims in this habeas corpus proceeding. Although portions of the sealed transcripts are summarized and even quoted in the direct appeal opinion by the California Court of Appeal, this court does not find that petitioner has impliedly waived the attorney-client

privilege to render these transcripts public because his habeas claims are not based on the ineffectiveness of the lawyer who was appointed to represent him prior to trial. Instead, petitioner challenges the trial court's denial of his motions to replace appointed counsel and to represent himself. Therefore, Bittaker v. Woodford, 331 F.3d 715, 722-723 (9th Cir. 2003), relied upon by respondent, does not directly apply. The state trial court's sealed rulings have already been provided to respondent as part of the direct appeal proceeding. This court does not find that any additional disclosure of the sealed state court transcripts is warranted. As a result, the court grants respondent's request to file these documents under seal and denies the motion to lodge these transcripts on the public docket.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion to lodge confidential documents (ECF No. 26) is denied.

2. Respondent's request to seal the 55 pages of state court transcripts (ECF No. 27) is granted.

3. The court orders that pages 215-228, 578-585, 821-836, and pages 844-854 of the Sealed Reporter's Transcript be filed under seal in the present action.

4. Counsel for respondent shall send an electronic copy in .pdf format of the sealed documents identified above via e-mail to the Clerk, at the e-mail address for sealed documents listed on the Court's website, within 14 days from the date of this order.

5. The Clerk of Court is directed to file these documents under seal.

Dated: July 18, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/cayl1896.seal.docs

2